**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**Civil No. 01-1942 JMR/FLN**

Earl F. Getschel and Virginia Getschel,

Plaintiffs,

**ORDER**

vs.

MTG Divestitures Inc., a Delaware Corporation, f/k/a Howmedica Inc.,

Defendant.

---

BASED UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that judgment be entered dismissing the plaintiffs' claims against the defendant in the above-captioned case with prejudice and on the merits, and without costs or attorney's fees to either party. There being no just cause for delay, the clerk is ordered to enter such judgment forthwith.

Dated: December 11, 2002

Hon. James M. Rosenbaum, Chief Judge
United States District Court, D. Minn.

M2:20506132.01

DEC 1 1 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED DEC 1 1 2002
DEPUTY CLERK'S INITIALS ______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**Civil No. 01-1942 JMR/FLN**

Earl F. Getschel and Virginia Getschel,

Plaintiffs,

vs.

MTG Divestitures Inc., a Delaware Corporation, f/k/a Howmedica Inc.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

It is hereby stipulated and agreed by plaintiffs Earl F. and Virginia Getschel, through their undersigned attorney, that their claims against MTG Divestitures Inc. in the above-captioned lawsuit may be, and hereby are, dismissed with prejudice and on the merits, without costs to any party, and that a judgment of dismissal with prejudice and on the merits in the form below may be entered pursuant hereto without further notice.

Dated: November 26, 2002.

MACKENZIE & HALLBERG, P.A.

Mark Hallberg, #39639
150 South Fifth Street
Suite 2500
Minneapolis, MN 55402
(612) 335-3500

Attorney for Plaintiffs

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 25, 2002.

FAEGRE & BENSON LLP

Joseph M. Price, #88201
Peter J. Goss, #267910
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

Attorneys for Defendant MTG Divestitures Inc.